FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

MOON 140499
(Last Name) (Identification Number)

~~KEITH~~ KEITH
(First Name) (Middle Name)

RANKIN COUNTY JAIL
(Institution)

221 N. TIMBER ST BRANDON, MS 39043
(Address)
(Enter above the full name of the plaintiff, prisoner, and address plaintiff in this action)

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
JUL 19 2011
J. T. NOBLIN, CLERK
BY_____ DEPUTY

V.

RANKIN COUNTY JAIL

~~[illegible]~~

~~[illegible]~~

(Enter above the full name of the defendant or defendants in this action)

CIVIL ACTION NUMBER: 3:11cv437-HTW-LRA
(to be completed by the Court)

### OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A.  Have you ever filed any other lawsuits in a court of the United States?    Yes ( ) No (X)

B.  If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

   1.  Parties to the action: _____

   2.  Court (if federal court, name the district; if state court, name the county): _____

   3.  Docket Number: _____

   4.  Name of judge to whom case was assigned: _____

   5.  Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?): _____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: ALAN KEITH MOON     Prisoner Number: 140499

Address: 221 N. TIMBER ST. BRANDON MS 39043

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: ~~RANKIN~~ RONNIE PENNINGTON AND EDDIE THOMPSON is employed as SHERRIF AND CAPT. OVER THE JAIL at RANKIN COUNTY JAIL

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: ALAN KEITH MOON    ADDRESS: 221 N. TIMBER ST, BRANDON 39043

DEFENDANT(S):

NAME:    ADDRESS:

~~Ronnie Pennington~~    ~~221 N. Timber St. Brandon MS 39043~~
~~Eddie Thompson~~    ~~221 N. Timber St. Brandon MS 39043~~
RANKIN COUNTY JAIL    221 N. TIMBER ST. BRANDON, MS 39043

## GENERAL INFORMATION

A.   At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

Yes (X)   No ( )

B.   Are you presently incarcerated for a parole or probation violation?

Yes (X)   No ( )

C.   At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (X)   No ( )

D.   Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?

Yes (X)   No (X)

E.   Have you completed the Administrative Remedy Program regarding the claims presented in this complaint?

Yes ( )   No (X), if so, state the results of the procedure: _____

_____

F.   If you are not an inmate of the Mississippi Department of Corrections, answer the following questions:

1.   Did you present the facts relating to your complaint to the administrative or grievance procedure in your institution?
Yes ( )   No ( )

2.   State how your claims were presented (written request, verbal request, request for forms): _____

_____

3.   State the date your claims were presented: _____

4.   State the result of the procedure: _____

_____

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

ON FEB. 9 2011, I WAS ATTACKED BY VINCENT McGEE A COUNTY INMATE WHO WAS PLACED WITH STATE INMATES BECAUSE OF HIS VIOLENT BEHAVOIR. I RECIEVED A BROKEN CHEEK BONE SLIGHT CONCUSION AND SEVERE BRUISES, HE WAS USING A SOCK FULL OF DOMINIOS. WHEN I ASKED AT FIRST TO FILE CHARGES AGAINST HIM, I WAS TOLD IT WOULDN'T DO ANY GOOD. AFTER THEY LET ME FILE CHARGES, I FOUND OUT LATER THAT RANKIN COUNTY DISMISSED THE CHARGES WITH OUT MY KNOWLEDGE.

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

MONETARY COMPUSATION

Signed this 16 day of July, 2011.

Alan Kail 140499

Signature of plaintiff, prisoner number and address of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

July 11, 2011
(Date)

Signature of plaintiff

4